```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X
BECIR HASANDJEKIC,
                         Plaintiff,
                                                ORDER
        - against -
                                                CV 12-5671(ARR)(MDG)
KAVULICH & ASSOCIATES, P.C., ET AL.,

                         Defendants.
- - - - - - - - - - - - - - - - - - -X
```

The docket sheet indicates that the plaintiff has filed returns of service on the defendants and the time for answering has expired. Plaintiff must by January 18, 2013, either (1) move for entry of default and, if appropriate, for default judgment or (2) file a status report. In the event plaintiff moves for default, the motion papers must be filed electronically. Any motion for default must also be mailed to the defendants' last known addresses, and proof of service filed with the Court. If plaintiff has been communicating with defendants and feels a conference would be useful, plaintiff must promptly call chambers to schedule an initial conference.

**SO ORDERED.**

Dated:   Brooklyn, New York
         December 28, 2012

                                     _/s/_____
                                     MARILYN D. GO
                                     UNITED STATES MAGISTRATE JUDGE
                                     (718) 613-2550