# THE LANGEL FIRM

PRACTICING IN THE AREA OF CONSUMER RIGHTS LAW

225 BROADWAY, SUITE 700
NEW YORK, NY 10007
TEL: 646-290-5600
FAX: 646-964-6682
JESSE@LANGELLAW.COM
WWW.THELANGELFIRM.COM

January 18, 2013

Via ECF

Honorable Marylyn D. Go
United States District Court
225 Cadman Plaza East, Room 1214-S
Brooklyn, NY 11201

    Re:    Hasandjekic v. Kavulich & Associates, P.C., et al.
                12-CV-5671 (ARR)(MDG)

Dear Judge Go:

Per your Order dated December 28, 2012, I submit this letter to serve as a status report and to request an initial conference. The defendants have not officially appeared in this action but have contacted me in a good-faith attempt to settle this action. Defendants have made an offer to settle, which is being considered by the plaintiff.

The plaintiff requests the scheduling of an initial conference to help ensure that this action is resolved promptly and fairly. Thank you for your time.

Yours truly,

Jesse Langel

cc:  Gary Kavulich, Esq. (Via Electronic Mail)
       Attorney for both Defendants (*Pro Se*)